UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X

CHARLES FRAZER,

                           Plaintiff,

          -against-                     Civil Action No.: 16-CV-06510
                                          (JFB-AYS)
DATA DEVICE CORPORATION,

                         Defendant.

----------------------------------------------------------X

## DISCOVERY PLAN WORKSHEET
### Tier I Pre-Settlement Discovery

Deadline for completion of Rule 26(a) initial disclosures         <u>03/29/2018</u>
and HIPAA-complaint records authorizations:

Completion date for Phase I Discovery
as agreed upon by the parties:         <u>04/23/2018</u>
*(Reciprocal and agreed upon document production,
generally not including depositions, unless otherwise agreed.
No more than 30 days after Initial Conference)*

Status conference TBD by the court:         appx: <u>05/08/2018</u>
(*Generally 15 days post Tier I Discovery*)

### Tier II Discovery and Motion Practice

Motion to join new parties or amend the pleadings:         <u>05/23/2018</u>
*(Presumptively 15 days post status conference)*

First requests for production of documents         <u>06/07/2018</u>
and for interrogatories due by:
*(Presumptively 15 days post joining/amending)*

All fact discovery completed by:         <u>09/14/2018</u>
*(Presumptively 3.5 months post first
requests for documents/interrogatories)*

Plaintiff's expert report completed by:         <u>10/15/2018</u>
*(Presumptively 30 days post fact discovery)*

Defendant's expert report completed by:         <u>11/14/2018</u>

| | |
|---|---|
| Expert depositions completed by: | 12/14/2018 |
| *(Presumptively 30 days post expert reports)* | |
| | |
| Final date to take first step in dispositive motion practice: | 12/14/2018 |
| *(Parties are directed to consult the District Judge's individual rules regarding such motion practice. Presumptively 30 days post expert depositions)* | |

**COMPLETION OF ALL DISCOVERY BY:**
*(Note: Presumptively 9 months after Initial Conference.)* [12/27]

Submission of joint pre-trial order: TBD


Final Pre-Trial Conference TBD by the court: _____