| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: ANNE Y. SHIELDS<br>         U.S. MAGISTRATE JUDGE | DATE: 3/28/2018<br>TIME: 10:30 AM<br>FTR: 10:44-10:55 |

CASE:  **CV 16-6510 (JFB) (AYS)** Frazer v. Data Device Corporation

TYPE OF CONFERENCE: INITIAL

APPEARANCES:     Plaintiff     Ethan Brecher

                 Defendant     Alison Maue

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.
☐    Settlement conference scheduled for ___ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.
☐    Proposed settlement pending:  By ___, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.
☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.
☒    Other:

This is a breach of contract case, seeking damages of approximately $800,000.00.
Both parties stated they may need expert witnesses.
Parties are given until 4/19/18 to discuss ESI. On 4/19/18, Parties shall submit a status letter to this Court setting forth their agreement as to ESI.
This Court will hold a further status conference on 10/4/18 at 10:30 AM.
If Parties believe a settlement conference would be fruitful, they shall file a letter setting forth three suggested agreed upon dates that Counsel and Parties with authority are available to attend a 2:00 PM settlement conference.

                              SO ORDERED

                               /s/ Anne Y. Shields
                              ANNE Y. SHIELDS
                              United States Magistrate Judge