UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES FRAZER<br><br>                                      Plaintiff,<br><br>v.<br><br><br>DATA DEVICE CORPORATION<br><br><br>                                      Defendant | 16 CV 6510 (JFB)(AYS)<br><br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE that upon the annexed Declaration of Ethan A. Brecher dated July 9, 2018 and the exhibits annexed thereto, Plaintiff's Memorandum of Law, and upon all prior pleadings herein Plaintiff Charles Frazer will move this Court, before the Honorable Joseph F. Bianco, United States District Judge, at the United States District Courthouse, Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, for an Order pursuant to Fed. R. Civ. P. 15, Fed. R. Civ. P. 16, and Fed. R. Civ. P. 21 granting Plaintiff permission to amend the complaint, together with such other further relief that this Court deems just and proper.

      PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Order dated June 19, 2018, opposition papers shall be served on or before July 31, 2018, and reply papers shall be served on or before August 13, 2018.

Dated New York, New York
      July 9, 2018

                      Respectfully submitted,

                      /s/ Ethan A. Brecher
                      **ETHAN A. BRECHER (EB 3425)**
                      Law Office of Ethan A. Brecher, LLC
                      600 Third Avenue, 2nd Floor
                      New York, NY 10016
                      Phone: (646) 571-2440
                      Fax: (888) 821-0246
                      Email: ethan@ethanbrecherlaw.com

                      *Attorney for Charles Frazer*